[This decision has been published in *Ohio Official Reports* at 93 Ohio St.3d 211.]

IN RE WALKER.

[Cite as *In re Walker*, 2001-Ohio-1327.]

*Motion for reconsideration granted—Discretionary appeal allowed—Court of appeals' judgment vacated and cause remanded for consideration of In re Anderson.*

(No. 01-445—Submitted July 17, 2001—Decided September 19, 2001.)

ON MOTION FOR RECONSIDERATION.

———————————

{¶ 1} The motion for this court to reconsider its judgment denying a discretionary appeal in *In re Walker* (2001), 91 Ohio St.3d 1536, 747 N.E.2d 833, is granted.

{¶ 2} The discretionary appeal is allowed.

{¶ 3} The judgment of the court of appeals is vacated, and the cause is remanded for consideration of *In re Anderson* (2001), 92 Ohio St.3d 63, 748 N.E.2d 67.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

COOK, J., dissents.

———————————

*David H. Bodiker*, State Public Defender, and *Felice Harris*, Assistant Public Defender, for appellant.

*Michael K. Allen*, Hamilton County Prosecuting Attorney, and *Thomas J. Boychan, Jr.*, Assistant Prosecuting Attorney, for appellee.

———————————